OFFICIAL NOTICE FROM COURT OF CRIMINAL APPEALS OF TEXAS
P.O. BOX 12308, CAPITOL STATION, AUSTIN, TEXAS 78711

**OFFICIAL BUSINESS
STATE OF TEXAS
PENALTY FOR
PRIVATE USE**

12/10/2014

THOMAS, KEITH DOUGLAS AKA WILLIAMS, WES AKA THOMPSON, DOUGLAS Tr. Ct. No. 591464-A WR-82,462-01

This is to advise that the Court has denied without written order the application for writ of habeas corpus.

Abel Acosta, Clerk

RETURN
RELEASED FROM
HARRIS COUNTY SHERIFF'S OFFICE

KEITH DOUGLAS THOMAS
54

N3B 77002